UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK
------------------------------------------------------------------X
WANDA FESCINE and FRANK FESCINE,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant              Case No.:CV-09-3143

**STIPULATION OF SETTLEMENT**

------------------------------------------------------------------X

    It is hereby STIPULATED and AGREED by and between the undersigned counsel for the parties hereto, that the above-captioned action is settled for the sum of TWENTY THOUSAND and 00/100 DOLLARS ($20,000.00).

Dated: August 26, 2010
      New York, New York

_____  
Thomas Grunfeld, Esq.  
Gordon, Timko & Rodriguez  
20 Vesey Street. 3rd Floor  
New York, New York 10009  

_____  
Aaron J. Fields, Esq.  
Office of the Regional Counsel  
Department of Veterans Affairs  

Wanda Fescine  
WANDA FESCINE  

Frank Fescine  
FRANK FESCINE  

_____  
Margaret M. Kolbe, Esq.  
Assistant U.S. Attorney  

_____  
Devon Reiff, Esq.  
Mediator  

So ordered.  
s/Nicholas G. Garaufis  
8/30/10